492

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Anthony Ray FOLEY, Defendant–**
**Appellant.**

**No. 09–20184**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 31, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Shannon Brady Geihsler, Lubbock, TX, for Defendant–Appellant.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Anthony Ray Foley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Foley has filed a response and moves for the appointment of counsel. Our independent review of the record, counsel's brief, and Foley's response discloses no nonfrivolous issue for appeal. Foley's motion for appointment of counsel is DENIED. *Cf. United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998) Accordingly, counsel's motion for leave to withdraw is

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

